**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jorge | L | Burgos |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern    District of Illinois
(State)

Case number  18-24557
(If known)

☐ Check if this is an amended filing

# Official Form 103A

## Application for Individuals to Pay the Filing Fee in Installments     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: Specify Your Proposed Payment Timetable

1. **Which chapter of the Bankruptcy Code are you choosing to file under?**
   - ☑ Chapter 7
   - ☐ Chapter 11
   - ☐ Chapter 12
   - ☐ Chapter 13

2. **You may apply to pay the filing fee in up to four installments.** Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy mCase. If the court approves your application, the court will set your final payment timetable.

   **You propose to pay...**

   $335.00   ☑ With the filing of the petition
              ☐ On or before this date.. _____ MM / DD / YYYY

   $ _____   On or before this date....... _____ MM / DD / YYYY

   $ _____   On or before this date....... _____ MM / DD / YYYY

   +$ _____  On or before this date....... _____ MM / DD / YYYY

   Total  $335.00 ◄ Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.
- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.
- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

✗ /s/ Jorge Burgos                    ✗                                    ✗ /s/ Jacob Comrov
Signature of Debtor 1                 Signature of Debtor 2                 Your attorney's name and signature, if you used one

Date **8/30/2018**                    Date _____                           Date **8/30/2018**
MM / DD / YYYY                        MM / DD / YYYY                        MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1  **Jorge**          **L**          **Burgos**
          First Name          Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern    District of Illinois
                                                    (State)
Case number
(if known)  **18-24557**

Chapter filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

**You must pay...**     **On or before this date...**

$ _____           _____
                       Month / day / year

$ _____           _____
                       Month / day / year

$ _____           _____
                       Month / day / year

+$ _____          _____
                       Month / day / year

**Total**  $ _____

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____                    **By the court:** _____
Month / day / year                              United States Bankruptcy Judge

Official Form 103A    **Application for Individuals to Pay the Filind Fee in Installments**    page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jorge | L | Burgos |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern   District of Illinois
(State)

Case number (If known): 18-24557

☐ Check if this is an amended filing

# Official Form B 103B

## Application to Have the Chapter 7 Filing Fee Waived    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**

Your family includes you, your spouse, and any dependents listed on Schedule J: Current Expenditures of Individual Debtor(s) (Official Form 106J).

Check all that apply:
- ☑ You
- ☐ Your spouse
- ☐ Your dependents

How many dependents? ____   Total number of people: 1

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if you spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you reveive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

**Your family's average monthly net income**

That person's average monthly net income (take-home pay)

You.................. $1,686.92
Your spouse... + $0.00
Subtotal............ $1,686.92
— $0.00

Total............... $1,686.92

**3. Do you receive non-cash governmental assistance?**
- ☑ No
- ☐ Yes. Describe........   Type of assistance: ____

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
- ☑ No
- ☐ Yes. Explain........ ____

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

Debtor 1  Jorge (First Name)   L (Middle Name)   Burgos (Last Name)    Case number *(if known)* 18-24557

## Part 2: Tell the Court About Your Monthly Expenses

**6. Estimate your average monthly expenses.**
Include amounts paid by any government assistance that you reported on line 2.
If you have already filled out *Schedule J, Your Expenses*, copy line 22 from that form.

$1,686.34

**7. Do these expenses cover anyone who is not included in your family as reported in line 1?**
☑ No
☐ Yes. Identify who…

**8. Does anyone other than you regularly pay any of these expenses? If you have already filled out** *Schedule I: Your Income*, copy the total from line 11.
☑ No
☐ Yes. How much do you regularly receive as contributions? _____ monthly

**9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
☑ No
☐ Yes. Explain……….

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

**10. How much cash do you have?**
*Examples:* Money you have in your wallet, in your home, and on hand when you file this application

Cash: $0.00

**11. Bank accounts and other deposits of money?**
*Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

| | Institution name: | Amount: |
|---|---|---|
| Checking account: | Bank of America | $37.00 |
| Savings account: | Bank of America | $25.00 |
| Other financial accounts: | | |
| Other financial accounts: | | |

**12. Your home?** (if you own it outright or are purchasing it)
*Examples:* House, condominium, manufactured home, or mobile home.

Number  Street
City   State   ZIP Code

Current value: _____
Amount you owe on mortgage and liens: _____

**13. Other real estate?**

Number  Street
City   State   ZIP Code

Current value: _____
Amount you owe on mortgage and liens: _____

**14. The vehicles you own?**
*Examples:* Cars, vans, trucks, sports utility vehicls, motorcycles, tractors, boats

Make: Chevrolet
Model: Aveo
Year: 2006
Mileage: 124000

Current value: $1,375.00
Amount you owe on liens: $3,843.00

Make: _____
Model: _____
Year: _____
Mileage: _____

Current value: _____
Amount you owe on liens: _____

Debtor 1  Jorge  L  Burgos    Case number *(if known)* 18-24557
   First Name  Middle Name  Last Name

| 15. Other assets? | Describe the other assets: | Current value: | $800.00 |
|---|---|---|---|
| Do not include household items and clothing | TV, Computer, Tablet, Cellphone, Used clothes | Amount you owe on liens: | $0.00 |

**16. Money or property due you?**

*Examples:* Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery

Who owes you the money or property?    How much is owed?    Do you believe you will likely receive payment in the next 180 days?

### Part 4: Answer These Additional Questions

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☑ No
☐ Yes. **Whom did you pay?** *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, parlegal, or typing service
  ☐ Someone else _____

**How much did you pay?**
$0.00

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

☐ No
☑ Yes. **Whom do you expect to pay?** *Check all that apply:*
  ☑ An attorney
  ☐ A bankruptcy petition preparer, parlegal, or typing service
  ☐ Someone else _____

**How much do you expect to pay?**
$1,465.00

**19. Has anyone paid someone on your behalf for services for this case?**

☑ No
☐ Yes. **Who was paid on your behalf?** *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, parlegal, or typing service
  ☐ Someone else _____

**Who paid?** *Check all that apply:*
  ☐ Parent
  ☐ Brother or sister
  ☐ Friend
  ☐ Pastor or clergy
  ☐ Someone else _____

**How much did someone else pay?**
$0.00

**20. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

### Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

X /s/ Jorge Burgos    X
Signature of Debtor 1    Signature of Debtor 2

Date  8/30/2018    Date
  MM / DD / YYYY    MM / DD / YYYY

Official Form B 103B    Application to Have the Chapter 7 Filing Fee Waived    page 3

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Jorge | L | Burgos |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern     District of Illinois
(State)

Case number  18-24557
(If known)

## Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 103B), the court orders that the application is:

☐ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☐ **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| +$ _____ | _____ Month / day / year |

**Total** $ _____

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

☐ **Scheduled for hearing.**

On _____ at _____ AM/PM at _____
     Month / day / year                                          Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

**By the court:**

_____                                          _____
Month / day / year                                  United States Bankruptcy Judge

Official Form B 103B          **Application to Have the Chapter 7 Filing Fee Waived**          page 4